## SHEPFER v HANNENKRAT

Ohio Appeals, 5th Dist, Tuscarawas Co

Decided Dec 13, 1933

Renner & Renner, Cincinnati, for plaintiff in error.

Bowers & Bowers, New Philadelphia, for defendants in error.

For full opinion see 40 OLR 405; 192 NE 274; 48 Oh Ap 35.